# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. FOSTON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv–00026-BAM PC<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL |

Plaintiff Jesus B. Castaneda is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court finds that appointment of counsel for Plaintiff for the limited purpose of drafting and filing an amended complaint is warranted. Yan E. Shrayberman has been selected from the court's pro bono attorney panel to represent Plaintiff and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Yan E. Shrayberman is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of drafting and filing an amended complaint.

2. Yan E. Shrayberman's appointment will terminate when Plaintiff's amended complaint is filed.

3. Yan E. Shrayberman shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

/////

1

4.   The Clerk of the Court is directed to serve a copy of this order upon Yan E. Shrayberman, Attorney at Law, P. O. Box 506, Fresno, California 93709.

IT IS SO ORDERED.

**Dated:**   **May 29, 2012**          /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE