1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
EASTERN DISTRICT OF CALIFORNIA
8

9   JESUS B. CASTANEDA,                          CASE NO. 1:12-cv–00026-BAM PC

10                   Plaintiff,                  ORDER APPOINTING LIMITED PURPOSE
                                                 COUNSEL
11          v.

12   D. FOSTON, et al.,

13                   Defendants.

14   _____/

15          Plaintiff Jesus B. Castaneda is a state prisoner proceeding pro se and in forma pauperis in this

16   civil rights action pursuant to 42 U.S.C. § 1983.  The court finds that appointment of counsel for

17   Plaintiff for the limited purpose of drafting and filing an amended complaint is warranted.  Yan E.

18   Shrayberman has been selected from the court's pro bono attorney panel to represent Plaintiff and

19   he has agreed to be appointed.

20          Accordingly, IT IS HEREBY ORDERED that:

21          1.      Yan E. Shrayberman is appointed as limited purpose counsel in the above entitled

22                  matter.  This appointment is for the limited purpose of drafting and filing an amended

23                  complaint.

24          2.      Yan E. Shrayberman's appointment will terminate when Plaintiff's amended

25                  complaint is filed.

26          3.      Yan E. Shrayberman shall notify Sujean Park, at (916) 930-4278, or via email at

27                  spark@caed.uscourts.gov, if he has any questions related to the appointment.

28   /////

1

1    4.    The Clerk of the Court is directed to serve a copy of this order upon Yan E.

2    Shrayberman, Attorney at Law, P. O. Box 506, Fresno, California 93709.

3    IT IS SO ORDERED.

4    Dated:    **May 29, 2012**                    **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28