# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA,<br><br>        Plaintiff,<br><br>    v.<br><br>D. FOSTON, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:12-cv–00026-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND MOTION FOR AN EXPEDITED HEARING<br><br>(ECF No. 18, 19)<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 17) |

      Plaintiff Jesus B. Castaneda is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2012, orders issued dismissing Plaintiff's complaint, with leave to amend, and appointing counsel for the limited purpose of filing an amended complaint. On May 30, 2012, Plaintiff filed a motion to amend his complaint, first amended complaint, and motion for an expedited hearing on his motion for a temporary restraining order and preliminary injunction. (ECF Nos. 17, 18, 19.)

      On May 29, 2012, Plaintiff's complaint was dismissed with leave to amend, therefore Plaintiff's motion to amend shall be denied as moot. Since counsel has been appointed to prepare a first amended complaint, the first amended complaint filed by Plaintiff shall be stricken from the record and Plaintiff's motion for an expedited hearing shall be DENIED.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      Plaintiff's motion for leave to amend is DENIED as moot;

      2.      Plaintiff's motion for an expedited hearing is DENIED;

3. Plaintiff's first amended complaint is STRICKEN FROM THE RECORD; and

4. The Clerk of the Court is DIRECTED to serve a copy of this order upon Plaintiff.

IT IS SO ORDERED.

**Dated:** **June 1, 2012**          /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE