# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>D. FOSTON, et al.,<br><br>    Defendants. | CASE NO. 1:12-cv–00026-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>(ECF No. 7) |

Plaintiff Jesus B. Castaneda is a state prisoner proceeding with appointed counsel and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2012, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. (ECF No. 7.) On May 29, 2012, counsel was appointed in this action, and the complaint was dismissed, with leave to amend within sixty days. (ECF Nos. 15, 16.) On July 26, 2012, Plaintiff was granted a sixty day extension of time to file an amended complaint. (ECF No. 23.)

Federal courts are courts of limited jurisdiction and in considering a request for injunctive relief, the Court is bound by the requirement that as a preliminary matter, it have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id. "[The] triad of injury in fact, causation, and redressability constitutes the core of Article III's case-or-controversy requirement, and the party invoking federal jurisdiction bears the burden of establishing its existence." Steel Co. v. Citizens

for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998). Requests for prospective relief are further limited by 18 U.S.C. § 3626(a)(1)(A) of the Prison Litigation Reform Act, which requires that the Court find the "relief [sought] is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right."

Since Plaintiff's complaint has been dismissed there is no case or controversy before the Court upon which relief can be granted. Accordingly Plaintiff's motion for a temporary restraining order and preliminary injunction, filed January 30, 2012, is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:     September 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE