# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA, | CASE NO. 1:12-cv–00026-BAM PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE |
| v. | (ECF No. 25) |
| D. FOSTON, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff Jesus B. Castaneda is a state prisoner proceeding with appointed counsel and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2012, Plaintiff filed a motion for a thirty-day extension of time to file an amended complaint. Good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's motion to continue is GRANTED and Plaintiff's amended complaint shall be filed within thirty days from the date of service of this order.


IT IS SO ORDERED.

**Dated:    October 3, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                  UNITED STATES MAGISTRATE JUDGE

1