1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| JESUS B. CASTANEDA, | CASE NO. 1:12-cv–00026-BAM PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE |
| v. | (ECF No. 25) |
| D. FOSTON, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |
| _____/ | |

10

11

12

13

14

15        Plaintiff Jesus B. Castaneda is a state prisoner proceeding with appointed counsel and in

16   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 29, 2012,

17   Plaintiff filed a motion for a thirty-day extension of time to file an amended complaint.  Good cause

18   having been shown, IT IS HEREBY ORDERED that Plaintiff's motion to continue is GRANTED

19   and Plaintiff's amended complaint shall be filed within thirty days from the date of service of this

20   order.

21

22        IT IS SO ORDERED.

23   **Dated:    October 3, 2012**          _____/s/ **Barbara A. McAuliffe**_____
                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28