1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   JESUS B. CASTANEDA,                        CASE NO. 1:12-cv–00026-BAM PC

10              Plaintiff,                      ORDER GRANTING PLAINTIFF'S MOTION
                                               TO CONTINUE
11        v.
                                               (ECF No. 25)
12   D. FOSTON, et al.,
                                               THIRTY-DAY DEADLINE
13              Defendants.
    _____/
14

15        Plaintiff Jesus B. Castaneda is a state prisoner proceeding with appointed counsel and in

16   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 29, 2012,

17   Plaintiff filed a motion for a thirty-day extension of time to file an amended complaint.  Good cause

18   having been shown, IT IS HEREBY ORDERED that Plaintiff's motion to continue is GRANTED

19   and Plaintiff's amended complaint shall be filed within thirty days from the date of service of this

20   order.

21

22        IT IS SO ORDERED.

23   **Dated:     October 3, 2012                    /s/ Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1