# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA,, <br><br> Plaintiff, <br><br> v. <br><br> D. FOSTON, et al., <br><br> Defendants. | 1:12-cv-00026-AWI-BAM (PC) <br><br> ORDER RE: TERMINATION OF LIMITED APPOINTMENT COUNSEL AND SUBSTITUTION OF PLAINTIFF IN PRO PER (ECF No. 15) <br><br> ORDER DIRECTING COUNSEL TO SUBMIT PLAINTIFF'S CURRENT OR LAST KNOWN ADDRESS WITHIN 10 DAYS <br><br> TEN-DAY DEADLINE |

Plaintiff Jesus B. Castaneda ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2012, the Court appointed Yan E. Shrayberman as counsel for Plaintiff for the limited purpose of drafting and filing an amended complaint. Pursuant to that order, Yan E. Shrayberman's appointment would terminate when Plaintiff's amended complaint was filed. (ECF No. 15.)

Plaintiff's counsel filed the first amended complaint on November 4, 2012. (ECF No. 28.) On September 6, 2013, the Court screened the complaint pursuant to 28 U.S.C. § 1915A, and found that it stated a cognizable claim against Defendants Reeves, John Doe, Trimble and Martinez for deliberate indifference in violation of the Eighth Amendment and against Defendants Quezada, Lopez and Martinez for retaliation in violation of the First Amendment.

1  The Court issued findings and recommendations that all other claims and defendants be
2  dismissed.  (ECF No. 29.)  On September 30, 2013, the Court directed Plaintiff to submit service
3  documents and USM-285 forms to initiate service for Defendants Reeves, Trimble, Martinez,
4  Lopez and Quezada within thirty days.  (ECF No. 30.)

5  Both the findings and recommendations and the order to submit service documents were
6  served on Plaintiff's limited-appointment counsel.  (ECF No. 29, 30, 31.)  However, by operation
7  of the Court's May 29, 2012 order, counsel's appointment was terminated upon the filing of the
8  first amended complaint on November 4, 2012.

9  Accordingly, Yan E. Shrayberman's appointment as counsel has terminated and Plaintiff
10 is SUBSTITUTED in pro per.  Yan E. Shrayberman is hereby DIRECTED to file written notice
11 of Plaintiff's current or last known address within 10 days of the date of this order, along with a
12 statement notifying the Court if counsel sent Plaintiff the September 6, 2013 findings and
13 recommendations and the September 9, 2013 order directing submission of service documents.

15 IT IS SO ORDERED.

16  Dated:   **October 23, 2013**                    /s/ *Barbara A. McAuliffe*
17                                                                    UNITED STATES MAGISTRATE JUDGE