UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA,<br><br>              Plaintiff,<br><br>       v.<br><br>D. FOSTON, et al.,<br><br>              Defendant. | 1:12-cv-00026-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FULFILL ORDERS ISSUED BY THIS COURT ON SEPTEMBER 9, 2013<br><br>(ECF No. 34)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE PLAINTIFF WITH A COPY OF THE ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARD DOCUMENTS TO PLAINTIFF<br><br>30-DAY DEADLINE |

     Plaintiff Jesus B. Castaneda is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 9, 2013, the Court issued an order directing Plaintiff to submit service documents.  (ECF No. 30.)  On November 18, 2013, Plaintiff filed the instant motion requesting an extension of time to submit the relevant service documents.  Plaintiff explains that at the time the Court issued its order, Plaintiff was being represented by court-appointed counsel and the Clerk of the Court served the order and attached documents on his former counsel.  Plaintiff did not receive the Court's order until November 5, 2013.  Plaintiff now requests an additional thirty (30) days to comply with Court's order directing him to return

1

service documents. Plaintiff also reports that he did not receive all of the items listed in the Court's order, including the summonses and copy of the amended complaint. (ECF No. 34.)

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted thirty (30) days from the date of service of this order in which to submit the service documents; and
2. The Clerk of the Court is directed to serve Plaintiff with a copy of the September 9, 2013 Order Finding Service of Complaint Appropriate and Forwarding Documents to Plaintiff, including the documents to be sent to Plaintiff outlined in the order.

IT IS SO ORDERED.

Dated: **November 20, 2013**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2