# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA, | ) 1:12-cv-00026-AWI-BAM (PC) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATIONS REGARDING |
| v. | ) DISMISSAL OF CERTAIN CLAIMS AND |
| | ) DEFENDANTS |
| D. FOSTON, et al., | ) (ECF Nos. 28, 29) |
| Defendants. | ) |
| | ) |

Plaintiff Jesus B. Castaneda ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 6, 2013, the Magistrate Judge screened Plaintiff's first amended complaint and found that it stated a cognizable Eighth Amendment claim for deliberate indifference against Defendants Reeves, John Doe, Trimble and Martinez, and a cognizable First Amendment retaliation claim against Defendants Quezada, Lopez and Martinez. However, the Court found that Plaintiff failed to state a cognizable claim against Defendants Yates, Foston, Hammond, Foreman, Nesbit, Duenas, Custody Defendant Does 1-20, Medical Defendant Does 21-40, and Supervisory Custody Does 41-60, and that Plaintiff failed to state a cognizable Fourteenth Amendment Due Process claim.

The Magistrate Judge issued Findings and Recommendations that this action proceed on Plaintiff's first amended complaint, filed on November 4, 2012, against Defendants Reeves, John Doe, Trimble and Martinez for deliberate indifference in violation of the Eighth Amendment;

and against Defendants Quezada, Lopez and Martinez for retaliation in violation of the Eighth Amendment; that Defendants Yates, Foston, Hammond, Foreman, Nesbit, Duenas, Custody Defendant Does 1-20, Medical Defendant Does 21-40, and Supervisory Custody Does 41-60 be dismissed from this action based on Plaintiff's failure to state a cognizable claim against them; and that Plaintiff's Fourteenth Amendment due process claim be dismissed.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections must be filed within thirty days after service.  Following an extension of time, Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, issued on September 6, 2013, are adopted in full;

2.     This action shall proceed on Plaintiff's first amended complaint, filed on November 4, 2012, against Defendants Reeves, John Doe, Trimble and Martinez for deliberate indifference in violation of the Eighth Amendment; and against Defendants Quezada, Lopez and Martinez for retaliation in violation of the Eighth Amendment;

3.     Defendants Yates, Foston, Hammond, Foreman, Nesbit, Duenas, Custody Defendant Does 1-20, Medical Defendant Does 21-40, and Supervisory Custody Does 41-60 are DISMISSED from this action based on Plaintiff's failure to state a cognizable claim against them; and

4.     Plaintiff's Fourteenth Amendment due process claim is DISMISSED.

IT IS SO ORDERED.

Dated:   January 2, 2014   _____

SENIOR  DISTRICT  JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28