# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA,, | ) 1:12-cv-00026-AWI-BAM (PC) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S MOTION TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |
| v. | |
| D. FOSTON, et al., | ) (ECF No. 40) |
| Defendants. | |

Plaintiff Jesus B. Castaneda ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 29, 2012, the Court appointed Yan E. Shrayberman as counsel for Plaintiff for the limited purpose of drafting and filing an amended complaint.  Pursuant to that order, Yan E. Shrayberman's appointment would terminate when Plaintiff's amended complaint was filed.  (ECF No. 15.)

Plaintiff's counsel filed the first amended complaint on November 4, 2012.  (ECF No. 28.)  On September 6, 2013, the Court screened the complaint pursuant to 28 U.S.C. § 1915A, and found that it stated a cognizable claim against Defendants Reeves, John Doe, Trimble and Martinez for deliberate indifference in violation of the Eighth Amendment and against Defendants Quezada, Lopez and Martinez for retaliation in violation of the First Amendment.

1

The Court issued findings and recommendations that all other claims and defendants be dismissed. (ECF No. 29.) On September 30, 2013, the Court directed Plaintiff to submit service documents and USM-285 forms to initiate service for Defendants Reeves, Trimble, Martinez, Lopez and Quezada within thirty days. (ECF No. 30.)

Both the findings and recommendations and the order to submit service documents were served on Plaintiff's limited-appointment counsel. (ECF No. 29, 30, 31.) However, by operation of the Court's May 29, 2012 order, counsel's appointment was terminated upon the filing of the first amended complaint on November 4, 2012. As a result, on October 23, 2013, the Court issued an order confirming termination of counsel and substituting Plaintiff in pro per. The Court directed former counsel to provide Plaintiff's last known address and a statement notifying the Court if counsel sent Plaintiff the September 6, 2013 findings and recommendations and the September 9, 2013 order directing submission of service documents. (ECF No. 32.)

On October 28, 2013, Plaintiff's former counsel submitted notice of Plaintiff's last known address and indicated that Plaintiff would be advised of the court's findings and orders by letter that same day. (ECF No. 33.)

On November 18, 2013, Plaintiff filed a motion for an extension of time to submit service documents in compliance with the Court's September 9, 2013 order. Plaintiff indicated that he received a copy of the Court's findings and recommendations on November 1, 2013. (ECF No. 34, p. 4.) Plaintiff requested additional time to comply with the Court's September 9, 2013 order regarding submission of service documents. Plaintiff did not request an extension of time to file objections to the findings and recommendations. (ECF No. 34, pp. 5-6.)

On November 20, 2013, the Court granted Plaintiff's request for an extension of time to submit service documents. (ECF No. 35.) Plaintiff submitted the relevant service documents on December 19, 2013. (ECF No. 37.) On December 20, 2013, the Court directed the United States Marshal to serve the amended complaint on Defendants Lopez, Martinez, Quezada, Reeves, and R. H. Trimble. (ECF No. 38.)

On January 3, 2013, the District Court adopted the findings and recommendations issued on September 6, 2013 regarding dismissal of certain claims and defendants. (ECF No. 39.)

1    On January 15, 2013, Plaintiff filed the instant motion requesting the opportunity to
2 provide objections to the findings and recommendations. Plaintiff reports that he is unsure if
3 former counsel filed any objections, but he believes that they should have been filed. Plaintiff
4 claims that he was unable to submit the instant request earlier because he was fulfilling the
5 Court's order regarding service documents. (ECF No. 40.)
6    The Court does not find good cause to extend the time to file objections to the findings
7 and recommendations. According to Plaintiff's own submissions, he received a copy of the
8 Court's findings and recommendations on November 1, 2013. Plaintiff does not indicate why he
9 was unable to request additional time to file objections on November 18, 2013, at the same time
10 that he requested an extension to comply with the Court's order regarding service documents.
11 Plaintiff also does not explain the delay in requesting an extension of time to submit objections
12 after submission of the service documents on December 19, 2013. Further, Plaintiff does not
13 identify the substance of his objections.
14    For these reasons, Plaintiff's motion to file objections to the findings and
15 recommendations is DENIED.
16 IT IS SO ORDERED.

17    Dated:    **February 10, 2014**              /s/ *Barbara A. McAuliffe*
18                                                 UNITED STATES MAGISTRATE JUDGE