# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA, | ) 1:12-cv-00026-AWI-BAM (PC) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| v. | ) RECOMMENDATIONS REGARDING ) DISMISSAL OF CERTAIN CLAIMS AND |
| D. FOSTON, et al., | ) DEFENDANTS ) (ECF Nos. 57, 58) |
| Defendants. | ) |

Plaintiff Jesus B. Castaneda ("Plaintiff") is a state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 13, 2014, the Magistrate Judge screened Plaintiff's second amended complaint and found that it stated a cognizable Eighth Amendment claim for deliberate indifference against Defendants Reeves, Brown, Trimble, Martinez, and Nelson, and a cognizable First Amendment retaliation claim against Defendants Quezada, Lopez, Nelson, Martinez, Mendez, Webster and Stone. However, the Court found that Plaintiff failed to state a cognizable claim against Defendants Foreman, Nesbit, Duenas, and Guillen and that Plaintiff failed to state a cognizable Fourteenth Amendment due process claim. The Findings and Recommendations were served on Plaintiff and contained notice that any objections must be filed within thirty days after service. Following an extension of time, Plaintiff filed objections on July 23, 2014.

The Court has considered Plaintiff's objections, but does not find any basis to reject the Magistrate Judge's Findings and Recommendations. Plaintiff's efforts to assert additional

allegations not included in his prior complaints and to add regulations and arguments to state a claim are not sufficient.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on June 13, 2014, are adopted in full;
2. This action shall proceed on Plaintiff's second amended complaint, filed on May 19, 2014, against Defendants Reeves, Brown, Warden Trimble, Martinez and Nelson for deliberate indifference in violation of the Eighth Amendment, and Defendants Quezada, Lopez, Nelson, Martinez, Mendez, Webster and Stone for retaliation in violation of the First Amendment;
3. Defendants Foreman, Nesbit, Duenas and Guillen are DISMISSED from this action based on Plaintiff's failure to state a cognizable claim against them;
4. Plaintiff's Fourteenth Amendment due process claim is DISMISSED; and
5. This action is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   October 2, 2014                           _____
                                                                          SENIOR  DISTRICT  JUDGE