# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS B. CASTANEDA,<br><br>        Plaintiff,<br><br>   vs.<br><br>D. FOSTON, et al.,<br><br>        Defendants. | 1:12-cv-00026-AWI-BAM (PC)<br><br>APPEAL NO. 15-16386<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

      Plaintiff Jesus B. Castaneda ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 5, 2012. On June 25, 2015, the Court granted Defendants' motion to dismiss. Plaintiff appealed.

      On July 13, 2015, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3).

      The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __July 15, 2015__          /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE